```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
```

Tammie Edwards,
et al
       Plaintiffs,

vs                                                 CV 07-4658 RHK/JSM

Financial Asset Management
Systems Inc.,
et al
       Defendants.

## ORDER OF DISMISSAL

    The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retains jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 14, 2009

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE, JUDGE
                                               U.S. DISTRICT COURT